Richard Lee **POLLARD**,
Plaintiff–Appellant,

v.

**WACKENHUT, dba Taft Correctional Institution; Margaret Minneci; Jonathan E. Akanno; Robert Spack; Bob D. Steifer; Becky Maness,** Defendants–Appellees.

No. 07–16112.

United States Court of Appeals,
Ninth Circuit.

Aug. 2, 2012.

Charles Carbone, Law Offices of Charles Carbone, San Francisco, CA, John F. Preis, Assistant Professor of Law, University of Richmond School of Law, Richmond, VA, for Plaintiff–Appellant.

Steven Jeff Renick, David J. Wilson, Manning & Kass Ellrod Ramirez, Trester LLP, Los Angeles, CA, Jonathan S. Franklin, Fulbright & Jaworski L.L.P., Washington, DC, for Defendants–Appellees.

Before: PROCTER HUG, JR. and RICHARD A. PAEZ, Circuit Judges, and JANE A. RESTANI, Judge.*

**ORDER**

Pursuant to the Supreme Court's decision in *Minneci v. Pollard,* —— U.S. ——, 132 S.Ct. 617, 181 L.Ed.2d 606 (2012), the judgment of the district court is AFFIRMED. The filing of this order shall serve as the court's mandate.